IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GEORGE WILLIAM BENNETT,

    Plaintiff,

  v.

Case No. 19-cv-254-jdp

WILLIAM S. MIDDLETON VETERANS HOSPITAL,

    Defendant.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant dismissing this case.

| /s/ | 8/12/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |